908

No. 80–1249. Defourneaux, Administratrix v. Sturm, Ruger & Co., Inc. C. A. 2d Cir. Certiorari denied.

No. 80–1260. Leonhard et al. v. United States et al. C. A. 2d Cir. Certiorari denied.

No. 80–1270. Mitchell v. Amalgamated Council of Greyhound Divisions et al. C. A. 6th Cir. Certiorari denied.

No. 80–1276. Patricelli v. United States. C. A. 2d Cir. Certiorari denied.

No. 80–1282. Podesta v. Securities and Exchange Commission. C. A. D. C. Cir. Certiorari denied.

No. 80–1301. Russ et al. v. Wilkins et al. C. A. 9th Cir. Certiorari denied.

No. 80–1314. Nader v. McBride et al. Ct. App. Ohio, Cuyahoga County. Certiorari denied.

No. 80–1325. Dahl v. Akin et ux. C. A. 5th Cir. Certiorari denied.

No. 80–1330. Schanbarger v. Wright, Police Chief of the Village of Massena, New York. C. A. 2d Cir. Certiorari denied.

No. 80–1334. French Line et al. v. Barulic. App. Div., Sup. Ct. N. Y., 1st Jud. Dept. Certiorari denied.

No. 80–1354. International Federation of Professional & Technical Engineers, Local 241, AFL–CIO v. Association of Scientists & Professional Engineering Personnel et al. C. A. 3d Cir. Certiorari denied.